UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERNHARD KUHMSTEDT,<br><br>        Plaintiff,<br><br>-against-<br><br>VERIZON MEDIA INC., a Delaware corporation, individually doing business as Yahoo, et al.,<br><br>        Defendants. | 24-CV-5538 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the joint letter and proposed case management plan due October 17, 2024 and the initial pretrial conference scheduled for October 24, 2024 are adjourned *sine die*. IT IS FURTHER ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **September 6, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: August 23, 2024
    New York, New York

                     SO ORDERED.

                     *Jessica Clarke*

                     JESSICA G. L. CLARKE
                     United States District Judge